per Grosse, J., concurred in by McInturff, C.J., and Green, J.

[No. 7806–0–III. Division Three. October 27, 1987.]

MICHAEL ANDERSON, ET AL, *Respondents,* v. DONNA WALKER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Stevens County, No. 84–2–00327–6, John A. Schultheis, J., entered May 2, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 16408–2–I. Division One. October 28, 1987.]

HUGO HOGLUND, ET AL, *Respondents,* v. RAYMARK INDUSTRIES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–15243–1, James A. Noe, J., entered April 17, 1985. *Affirmed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Cole and Pitt, JJ. Pro Tem. Now published at 50 Wn. App. 360.

[No. 17670–6–I. Division One. October 28, 1987.]

JAY CROCKETT, *Appellant,* v. THE CITY OF BRIER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–02069–3, Robert C. Bibb, J., entered November 25, 1985. *Affirmed in part* and *remanded* by unpublished opinion per Steere, J. Pro Tem., concurred in by Andersen and Williams, JJ. Pro Tem.

[No. 17301–4–I. Division One. October 28, 1987.]

EDWARD A. RICARD, *Appellant,* v. WARREN R. GEIGER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit

County, No. 84–2–00353–0, Walter J. Deierlein, Jr., J., entered September 30, 1985. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Thompson, J.